# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2423 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 93 DB 2020 |
| | : | |
| | : | Attorney Registration No. 307526 |
| v. | : | |
| | : | (Philadelphia) |
| | : | |
| FREDERICK SETH LOWENBERG, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of December, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Frederick Seth Lowenberg is suspended on consent from the Bar of this Commonwealth for a period of three years, consecutive to the effective date of the one-year and one-day suspension ordered by this Court on December 26, 2017.  Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).